**91–13.** State v. Grant. *Mahoning County*, No. 83 C.A. 144. Reported at 67 Ohio St.3d 465, 620 N.E.2d 50. On motion for rehearing. Rehearing denied.

On motion for stay. Stay granted.

PFEIFER, J., not participating.

**92–1379.** Ryan v. Carter. *Franklin County*, No. 91AP–1456. Reported at 67 Ohio St.3d 568, 621 N.E.2d 399. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and DOUGLAS, JJ., dissent.

**92–2118.** State v. Scott. *Cuyahoga County*, No. 48609. Reported at 67 Ohio St.3d 1485, 621 N.E.2d 407. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**92–2139.** State v. Buell. *Cuyahoga County*, No. 31875. Reported at 67 Ohio St.3d 1500, 622 N.E.2d 649. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**92–2222.** State v. Byrd. *Hamilton County*, No. C–830676. Reported at 67 Ohio St.3d 1485, 621 N.E.2d 407. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**92–2239.** State v. Holloway. *Hamilton County*, No. C–840871. Reported at 67 Ohio St.3d 1485, 621 N.E.2d 407. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**92–2396.** Sanders v. Cincinnati Ins. Co. *Montgomery County*, No. CA 13300. Reported at 66 Ohio St.3d 1436, 608 N.E.2d 1082. On motion for rehearing. Rehearing denied.

**93–181.** State v. Poindexter. *Hamilton County*, No. C–850394. Reported at 67 Ohio St.3d 1485, 621 N.E.2d 407. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–182.** State v. Hicks. *Hamilton County*, No. C–860173. Reported at 67 Ohio St.3d 1485, 621 N.E.2d 407. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–716.** State v. Greer. *Summit County*, No. 12258. Reported at 67 Ohio St.3d 1485, 621 N.E.2d 407. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–863.** State v. Montgomery. *Lucas County*, No. L–86–395. Reported at 67 Ohio St.3d 1485, 621 N.E.2d 407. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–917.** State v. Henderson. *Hamilton County*, No. C–850557. Reported at 67 Ohio St.3d 1485, 621 N.E.2d 407. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–989.** Mentor v. Nozik. *Lake County*, No. 92–L–090. Reported at 67 Ohio St.3d 1481, 620 N.E.2d 853. On motion for rehearing. Rehearing denied.

**93–1338.** Jamaal v. Dawson. *Cuyahoga County*, No. 64916. Reported at 67 Ohio St.3d 1481, 620 N.E.2d 854. On motion for rehearing. Rehearing denied.

**93–1465.** Farwick v. Sisters of Mercy of Clermont Cty., Ohio, Inc. *Clermont County*, No. CA92–08–085. Reported at 67 Ohio St.3d 1481, 620 N.E.2d 853. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**93–1548.** In re Estate of Weiler. *Montgomery County*, No. 13546. Reported at 67 Ohio St.3d 1489, 621 N.E.2d 410. On motion for rehearing. Rehearing denied.